THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD MELLER, as Personal Representative of the Estate of VITALY MELLER, and EDWARD MELLER, Individually,<br><br>                Plaintiffs,<br><br>   v.<br><br>EXTENDICARE HOMES, INC., a Delaware corporation, d/b/a PUGET SOUND HEALTHCARE CENTER; EXTENDICARE HEALTH FACILITY HOLDINGS, LLC., a Delaware corporation; EXTENDICARE HEALTH SERVICES, LLC, a Delaware corporation; PUGET SOUND RE LLC, a Wisconsin corporation; and "JOHN DOE" CORPORATIONS I-V; Jointly and severally,<br><br>                Defendants. | Case No. 2:15-cv-01487 TSZ<br><br>NOTICE OF SETTLEMENT |

TO THE CLERK OF COURT:

Notice is hereby given that the parties have reached an agreement in principle to settle this matter. This notice is intended to advise the Court of this pursuant to its order requiring notice. The parties are working on finalizing the settlement. They ask that this matter remain open for 30 days to facilitate that process. This notice is being filed by the Defendants with the approval of Plaintiff and his attorney.

/ / /

/ / /

NOTICE OF SETTLEMENT - 1
Case No. 2:15-cv-01487 TSZ

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

115738.0070/6780756.1

1    DATED: October 5, 2016

2                                             LANE POWELL PC

3

4                                             By   *s/Charles C. Huber*
                                                  Barbara J. Duffy, WSBA No. 18885
5                                                 Charles C. Huber, WSBA No. 18941
                                                  1420 Fifth Avenue, Suite 4200
6                                                 P.O. Box 91302
                                                  Seattle, WA 98111
7                                                 Tel: 206.223.7000 / Fax: 206.223.7107
                                                  E-mail: duffyb@lanepowell.com
8                                                          huberc@lanepowell.com
                                              Attorneys for Defendants Extendicare Homes,
9                                             Inc., d/b/a Puget Sound Healthcare Center,
                                              Extendicare Health Facility Holdings, LLC,
10                                            Extendicare Health Services, LLC, Puget Sound
                                              Re LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF SETTLEMENT - 2
Case No. 2:15-cv-01487 TSZ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

115738.0070/6780756.1

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 5th day of October, 2016, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

James Gooding, WSBA No. 23833
Graham Lundberg Peschel, P.S., Inc.
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
Tel:  206.448.1992
E-mail:    jgooding@glpattorneys.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

DATED this 5th day of October, 2016, at Seattle, Washington.

*s/Charles C. Huber*
Signature of Attorney
WSBA No. 18941
Typed Name:  Charles C. Huber
Address:  1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA  98111-9402
Telephone:  206.223.7000
Fax:  206.223.7107
E-mail:  huberc@lanepowell.com

NOTICE OF SETTLEMENT - 3
Case No. 2:15-cv-01487 TSZ

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

115738.0070/6780756.1